**No. 43081.**—Protest 850721–G of Bullocks, Inc. (Los Angeles).

Opinion by DALLINGER, J. In accordance with stipulation of counsel silver-plated animal figures the same as those the subject of *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20) were held dutiable at 50 percent under paragraph 339 as claimed.

**No. 43082.**—Protest 900783–G of Strauss Bros. & Co. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of bridge table paperweights. The claim at 40 percent under paragraph 339 was sustained on the authority of *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20).

**No. 43083.**—Protests 946478–G, etc., of Iwata Trading Co., Inc., et al. (San Francisco).

Opinion by DALLINGER, J. In accordance with stipulation of counsel iron jardiniere stands, antimony paperweights and lamp shades, calendar holders, incense burners, lanterns, gongs, and dishes were held dutiable as household utensils or hollow ware at 40 percent under paragraph 339. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816) and Abstracts 33928, 34951, 30099, and 32415 cited. Cone incense the same as that involved in *Woolworth* v. *United States* (T. D. 47647) was held free of duty as joss stick under paragraph 1703.

**No. 43084.**—Protest 957928–G of Bullocks, Inc. (Los Angeles).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of hand blotters, paper knives, penholders, bookends, and inkstands. The claim at 40 percent under paragraph 339 was sustained on the authority of Abstracts 37730, 41273, and 42391.

**No. 43085.**—Protest 958205–G of James Loudon & Co. (Los Angeles).

Opinion by DALLINGER, J. The plaintiffs having failed to sustain the burden of proving that their claim was correct, the protest was overruled.